**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **CENTELL COLONZO MCNEIL,** ) </br> ) </br> *Plaintiff*, ) </br> ) </br> v. ) </br> ) </br> **BIAGGI PRODUCTIONS, LLC,** ) </br> ) </br> and ) </br> ) </br> **JUAN A. DAVILA,** ) </br> ) </br> *Defendants*. ) | Civil Action No.: 3:15-cv-00751 |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Standing Order of the United States District Court, Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants in the above-captioned action, Biaggi Productions, LLC and Juan A. Davila, certify that none of its parents, trusts, subsidiaries and/or affiliates have issued shares or debt securities to the public. Biaggi Productions, LLC is wholly owned by Biaggi Productions, LLC. A financial interest disclosure was originally filed with the Court on December 9, 2015, via hand delivery, along with the removal paperwork. This is being filed again at the request of the Court.

                                                      BIAGGI PRODUCTIONS, LLC, AND
                                                      JUAN A. DAVILA


                                                      By:_____/s/_____
                                                             Counsel

Bradley P. Marrs (VSB#25281)
Patrick C. Henry II (VBS#80468)
Marrs & Henry
7202 Glen Forest Drive, Suite 307

Richmond, VA  23226
(804) 662-5715
(804) 662-5712 (fax)
bmarrs@marrs-henry.com
phenry@marrs-henry.com
*Counsel for Biaggi Productions, LLC*
*and Juan A. Davila*

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2017, a true and accurate copy of the foregoing was served via ECF procedures of this Court and by fax and mail, to the following:

    Bret H. Mooney, Esq.
    b.mooney@robertslaw.org
    Thomas H. Roberts & Associates, P.C.
    105 South 1st Street
    Richmond, Virginia 23219
    (804) 783-2105 (facsimile)

                          /s/
                        Bradley P. Marrs (VSB#25281)
                        Patrick C. Henry II (VBS#80468)
                        Marrs & Henry
                        7202 Glen Forest Drive, Suite 307
                        Richmond, VA  23226
                        (804) 662-5715
                        (804) 662-5712 (fax)
                        bmarrs@marrs-henry.com
                        phenry@marrs-henry.com
                        *Counsel for Biaggi Productions, LLC*
                        *and Juan A. Davila*